UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO SANDRO R.,[1]<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE ICE PROCESSING CENTER,<br>Respondent. | No. 1:26-cv-05817-TLN-SCR<br>A# 220-719-688<br><br>**RELEASE ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 7.) Respondent filed objections to the findings and recommendations objecting for the reasons indicated in their prior responsive pleading. (ECF No. 8.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are ADOPTED in full.

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is granted.

3. Respondent is ordered to IMMEDIATELY RELEASE Petitioner Adriano Sandro R. (A# 220-719-688) from custody under the conditions of supervision in place at the time of his re-arrest on October 19, 2025. At the time of release, Respondent must return all of Petitioner's documents and possessions and provide Petitioner a copy of this Order.

4. **Respondent is directed to file a notice certifying compliance with the above provisions within three (3) days from the date of this Order.**

5. Respondent is ENJOINED from re-detaining Petitioner, while subject to 8 U.S.C. § 1226(a), absent compliance with statutory and constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral factfinder where Respondent shows by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention such that no alternative to detention can mitigate that risk. See *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017). At any such hearing, Petitioner shall be allowed to have counsel present.

6. The Clerk of Court is directed to serve a copy of this Order on the Mesa Verde Detention Facility.

7. The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

//

//

//

IT IS SO ORDERED.

DATE: August 25, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE